UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CINDY D. HENSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:20-cv-00145-O-BP |
| | § | |
| COMMISIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case for further administrative proceedings.

**SO ORDERED** on this **9th day** of **June, 2022**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE

1